**George Michael WALLACE, Petitioner,**

v.

**Hon. Charles B. LESTER, Chief Judge; and Entire Court Of Appeals, Respondents.**

No. 92–SC–984–OA.

Supreme Court of Kentucky.

Jan. 21, 1993.

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Petitioner's request for an order in the nature of mandamus to require the Court of Appeals to immediately rule upon his pending appeal is denied. After reviewing the docket, it is evident that this matter is proceeding in a timely manner in the Court of Appeals and the issuance of a writ of mandamus is uncalled for.

ENTERED: January 21, 1993.

/s/ Robert F. Stephens
Chief Justice